United States District Court
Western District Of Pennsylvania
Room 916,U.S.Post office & Court house
Seventh Avenue & Grant Street
Pittsburgh,Pennsylvania 15219

**RECEIVED**

NOV 2 4 2009

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Jeffrey A.Imm # FX-1322
S.C.I. Rockview
P.O. BOX A
Bellefonte, Pa. 16823-0820

RE: UNITED STATES vs. JEFFREY A.IMM
    Criminal NO.03-63 & 03-216

Dear Judge Schwab,
        This letter is in regard to a letter i sent you on september
28,2009 concerning some issues i had concerning my custody and
other things if you have received the letter dated sept, 28,2009
and have already responded to I am sorry for wasting your time
and please disregard this , but if you have not then I will give
you a short list of what I was asking about .First let me start
off by saying I have exhausted all other avenues of help I have
written my A.F.P.D. thomas A. livingston numerous time asking for
his assistance and not once has he replied back, so that leaves
me trying to do this myself ,so I ask you your honor please
either assign me to a new A.F.P.D. or let me proceed PRO SE
either way my issues need addressed so here are the three main
items.

(1) On aug. 27 2003 I was sentenced in your court to two 180
month concurrent sentences case no. 03-63&03-216 and in
westmoreland county court I was sentenced by Judge debra pezze to
3.5 to 7 years concurrent to my federal sentence the problem is
they are telling me me here that there is no way that it can be
concurrent because you would have had to be the one to do that.
when i waived my right to the second indictment the deal was all
three sentences would run current if this is the case then the
goverment would not be honoring their end of the plea agreement
and I end up doing 22 years instead of 15 years so I hope you can
understand why this would disturb me. Also they tell me that I
should of been in u.s.m. custody and not the states because the
federal sentence supercedes the state sentence therefore I have
just been sitting here wasting time unable to do anything because
of the federal sentence detainer.

(2) I have written both the u.s.m.& the b.o.p.and asked about
being designated to f.c.i. loretto they both answered back that
only my federal sentencing judge can request for a guardship
designation the request of mine was for family medical reasons my
13 year old son was diagnosed with hypertrophic cardiompathy a
progresive heart disease which can cause sudden death, and also
my father is suffering the effects of two major strokes and have
ask me if I could please get to a place close to home. so humbly
ask you to please consider this request.

(3)   My third and final request is in doing some research I
discovered that the b.o.p. has an outside work program being that
the state has also given me this clearance I was hoping you could
also grant me this same privilege since you are the only one that
can also make this decision. I have been a model inmate and
continue to be , I have also received 20 months drug & alcohol
treatment while I have been incarcerated in which you ordered. I
am willing to do whatever it takes to make it through this .
thank you for your time and consideration.

                              SINCERELY YOURS

                              Jeffrey A. Imm